Hart, J., concurs. I agree that this case must be reversed, but I write separately to state my rationale for rejecting the appellees’ argument that appellants’ action in taking control of the Little Rock School District was arbitrary and capricious. In my view, the general assembly has, through Arkansas Code Annotated section 6-15-428 (Repl. 2013), clearly stated that such a challenge must first be appealed to the State Board of Education, and then, if necessary, to the Pulaski County Circuit -Court under the Arkansas Administrative Procedure Act, Arkansas Code Annotated sections 25-15-201 et seq. It is not disputed that the Little Rock School District failed to avail itself of this avenue for challenging the appellees’ actions. Accordingly, this argument should be barred for failure to exhaust the administrative and legal remedies specified by statute.